BETSY R. ARON, Respondent, *v.* HAROLD G. ARON, Appellant.

Argued February 26, 1940; decided March 5, 1940.

*Ambrose E. Chambers* for motion.

*Harold G. Aron* opposed.

Motion to dismiss appeal granted and appeal dismissed. Motion for a stay denied. The payment of $500 made by the defendant on February 10, 1940, is directed to be applied upon the fine.